# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY LAMAR WEST,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>        Defendants. | )  1:12cv01258 LJO DLB<br>)<br>)<br>)  ORDER GRANTING APPLICATION<br>)  TO PROCEED IN FORMA PAUPERIS<br>)<br>)  (Document 2)<br>)<br>) |

    Plaintiff Bradley Lamar West ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on August 2, 2012, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

    Dated: __**August 3, 2012**__                    /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE