# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY LAMAR WEST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | ) 1:12cv01258 LJO DLB<br>)<br>)<br>) ORDER DIRECTING PLAINTIFF TO<br>) SUBMIT SERVICE DOCUMENTS WITHIN<br>) THIRTY DAYS<br>)<br>)<br>) |

　　　　Plaintiff Bradley Lamar West ("Plaintiff"), proceeding pro se and informa pauperis, filed this action on August 2, 2012.  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and finds that it states cognizable claims for relief under 42 U.S.C. § 1983.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following Defendants:

　　　　　　County of Stanislaus
　　　　　　Stanislaus County Sheriff's Department
　　　　　　City of Waterford
　　　　　　Sheriff Adam Christensen
　　　　　　Deputy Sheriff Bruce Mitchell
　　　　　　Deputy Sheriff Michael Parker
　　　　　　Deputy Sheriff Aaron Costello

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed on August 2, 2012.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each Defendant; and

    c. Eight (8) copies of the complaint filed on August 2, 2012.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

    Dated: **August 9, 2012**           /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE